IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CRISSY KILLIAN,

    Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.

ORDER

18-cv-719-wmc

---

Pursuant to a stipulation for remand (dkt. #11) filed by the parties on January 1, 2019, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation.

Entered this 2nd day of January, 2019.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge